PS 42
(2/98)

# United States District Court
## WESTERN DISTRICT OF NORTH CAROLINA

FILED
ASHEVILLE, N.C.
SEP 26 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

| United States of America | ) |
| vs | ) |
| Terri Holtzclaw | ) |

Case No. 1:07CR69/20

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Terri Holtzclaw, have discussed with Angela L. Pickett, Probation Officer, modification of my release as follows:

Allow defendant to reside with codefendant Billy Ray Buchanan. Defendant married Billy Ray Buchanan on 9/7/07 and has provided verification of the marriage to the Probation Office.

I consent to this modification of my release conditions and agree to abide by this modification.

_Terri Holtzclaw_   9-26-07
Signature of Defendant    Date

This Modification Order has been discussed with AUSA Richard L. Edwards, and he concurs with my recommendation.

_Angela F. Pickett_   9/25/07
USPO Angela L. Pickett    Date

Reviewed and Approved: _Angela K Malone for EFE_   9-25-07
SUSPO Elisabeth F. Ervin    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   _____
Signature of Defense Counsel   Date

[X] The above modification of conditions of release is ordered, to be effective on September 26, 2007.

[ ] The above modification of release is not ordered.

_Dennis Howell_   September 26, 2007
Dennis Lee Howell    Date
U.S. Magistrate Judge

cc: AUSA    Defendant    Defense Attorney    PSI Officer