# United States District Court

## WESTERN DISTRICT OF NORTH CAROLINA

**FILED**
ASHEVILLE, N.C.

SEP 26 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| **vs** | ) | |
| | ) | |
| Terri Holtzclaw | ) | Case No. 1:07CR69/20 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Terri Holtzclaw, have discussed with Angela L. Pickett, Probation Officer, modification of my release as follows:

Allow defendant to reside with codefendant Billy Ray Buchanan. Defendant married Billy Ray Buchanan on 9/7/07 and has provided verification of the marriage to the Probation Office.

I consent to this modification of my release conditions and agree to abide by this modification.

_Terri Holtzclaw_                     _9-26-07_
Signature of Defendant                Date

This Modification Order has been discussed with AUSA Richard L. Edwards, and he concurs with my recommendation.

_Angela F. Pickett_                     _9/25/07_
USPO Angela L. Pickett                Date

Reviewed and Approved: _Angela R. Malone for EFE_          _9-25-07_
                        SUSPO Elisabeth F. Ervin              Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____          _____
Signature of Defense Counsel          Date

[ X ]   The above modification of conditions of release is ordered, to be effective on _September 26, 2007_.

[   ]   The above modification of release is not ordered.

_Dennis Howell_                     _September 26, 2007_
Dennis Lee Howell                   Date
U.S. Magistrate Judge

cc:  AUSA        Defendant        Defense Attorney        PSI Officer